IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BNSF RAILWAY COMPANY, a Delaware Corporation authorized to do business in Nebraska,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SEATS, INCORPORATED, a Wisconsin Corporation,<br><br>　　　　　　Defendant. | 4:16CV3121<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order entered this date granting the defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), this case is dismissed with prejudice.

　　DATED this 23rd day of January, 2017.

　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　Senior United States District Judge