IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BNSF RAILWAY COMPANY, a Delaware Corporation authorized to do business in Nebraska;<br><br>        Plaintiff,<br><br>vs.<br><br>SEATS, INCORPORATED, a Wisconsin Corporation;<br><br>        Defendant. | **4:16CV3121**<br><br>**ORDER** |

IT IS ORDERED that the motion to permit Andrew Weeks to withdraw as counsel of record for Plaintiff, (Filing No. 51), is granted.

May 29, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge